UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Vignone<br><br>　　　Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>　　　Defendant. | Case No. 2:14-cv-12667-DPH-DRG<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　　By:___/s/ Jeffrey S. Hyslip__
　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　1100 W. Cermak Rd., Suite B410
　　　　　　　　　　　　　　　　　　Chicago, IL  60608
　　　　　　　　　　　　　　　　　　312-380-6110
　　　　　　　　　　　　　　　　　　Jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 30, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Theodore W. Seitz, Esq.
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC             /s/ Jeffrey Hyslip