UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELIZABETH VIGNONE,**

      **Plaintiff,**                      Case No. 14-12667

      vs.                                HON. DENISE PAGE HOOD

**ASSET ACCEPTANCE, LLC,**

      **Defendant.**
_____/

## ORDER DISMISSING ACTION

On September 30, 2014, Plaintiff filed a Notice of Voluntary Dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                     s/Denise Page Hood
                     Denise Page Hood
                     United States District Judge

Dated: September 30, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2014, by electronic and/or ordinary mail.

                     s/LaShawn R. Saulsberry
                     Case Manager